COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
    E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
    E-Mail: sbenton@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
SAFEWAY INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARTHUR W. ALEXANDER, JR.,<br><br>        Plaintiff,<br><br>  vs.<br><br>SAFEWAY, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 21-00365<br>(Other Non-Vehicle Tort)<br><br>**NOTICE OF REMOVAL; EXHIBITS A AND B; CERTIFICATE OF SERVICE** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant SAFEWAY INC. (incorrectly identified as "SAFWAY, INC.")("SAFEWAY") files this Notice of Removal in the case now pending in the Circuit Court of the First Circuit, State of Hawaii, styled <u>Arthur W. Alexander, Jr. v. Safeway, Inc., et al.</u>, Case No. 1CCV-21-0000107.  As grounds for removal, SAFEWAY states as follows:

1. On January 27, 2021, Plaintiff ARTHUR W. ALEXANDER, JR. ("PLAINTIFF") filed a complaint in Case No. 1CCV-21-0000107 in the Circuit Court of the First Circuit, State of Hawaii, against SAFEWAY.

2. Upon information and belief, SAFEWAY states no other party has been named in the action.

3. SAFEWAY was served with the complaint on July 21, 2021.

4. PLAINTIFF alleges in his complaint that SAFEWAY is liable to him for damages in connection with a January 29, 2019 accident that occurred on SAFEWAY's premises.

5. PLAINTIFF's counsel has confirmed that PLAINTIFF is a citizen of the State of Hawaii.

6. SAFEWAY is a citizen of the State of Delaware (place of incorporation) and the State of California (principal place of business).

7. PLAINTIFF alleges in his complaint that as a result of the January 29, 2019 accident, he suffered injuries and damages.

8. PLAINTIFF prays in his complaint for an award of general damages and special damages against SAFEWAY. However, because Hawaii law prohibits *ad damnum* clauses in complaints, PLAINTIFF does not specify the amount of damages that he prays for.

9. PLAINTIFF's counsel has confirmed that PLAINTIFF's claimed damages exceed the sum or value of $75,000.00.

10. This court has original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different States within the meaning of 28 U.S.C. §1332.

11. A true and correct copy of PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "A", and comprises all process, pleadings, and orders served upon SAFEWAY in the action.

12. A true and correct copy of SAFEWAY's answer to PLAINTIFF's complaint filed in the Circuit Court of the First Circuit, State of Hawaii, is attached hereto as Exhibit "B".

WHEREFORE, Defendant SAFEWAY INC. prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, August 27, 2021.

/s/ Shawn L. M. Benton
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
Attorneys for Defendant
SAFEWAY INC.