The Law Offices of
MICHAEL C. LIPPERT

MICHAEL C. LIPPERT 3228
American Savings Bank Tower
1001 Bishop Street, Suite 2828
Honolulu, Hawaii 98613
Tele. No.: (808) 526-0484
Fax No.: (808) 533-2373

Attorney for Plaintiff

**Electronically Filed
FIRST CIRCUIT
1CCV-21-0000107
27-JAN-2021
05:32 PM
Dkt. 1 CMPS**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ARTHUR W. ALEXANDER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SAFEWAY, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. <br> (Other Non-Vehicle Tort) <br><br> **COMPLAINT; SUMMONS** |

## COMPLAINT

Comes now Plaintiff ARTHUR W. ALEXANDER, JR., by and through his attorney, MICHAEL C. LIPERT, and for cause of action allege and aver as follows:

### COUNT 1

1. Plaintiff ARTHUR W. ALEXANDER, JR., is and was at all times mentioned herein a resident of the City and County of Honolulu, State of Hawaii.

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai'i.
Dated at: Honolulu, Hawai'i 20-JUL-2021, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawai'i



**EXHIBIT A**

2. Defendant SAFEWAY, INC. (hereinafter referred to as "SAFEWAY") was and is a corporation authorized to do and doing business in the City and County of Honolulu, State of Hawaii.

3. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true names and identities are presently unknown to Plaintiff, except that they are connected in some manner with the named Defendant and/or were the agents, servants, employees, employers, representatives, co-venturers, associates, or vendors of the named Defendant and/or were in some manner responsible for the injuries or damages to Plaintiff and/or were in some manner related to the named Defendant and that their "true names, identities, capacities, activities, and/or responsibilities" are presently unknown to the Plaintiff or his attorney.

4. Plaintiff ARTHUR W. ALEXANDER, JR., is informed and believes and such information and belief alleges the fact that at all times herein mentioned Defendants JOHN DOES -10, JANE DOES 1-10. DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE GOVERNMENTAL ENTITIES 1-10, and SAFEWAY were the agents and employees of each other, and were at all times mentioned herein acting within the course and scope of such agency and employment.

5. On or about January 29, 2019, Plaintiff ARTHUR W. ALEXANDER, JR. slipped and fell while walking in the premises located at 98-1277 Kaahumanu Street, in Honolulu, Hawaii, 96701, which premises were controlled, managed, maintained, possessed and owned by Defendant SAFEWAY, JOHN DOES 1-10, JANE DOES 1-10, DOE

PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10.

6. Said fall was caused by the negligence and/or omissions of the above-named Defendants.

7. As a direct and proximate result of the negligence and/or omissions of the above-named Defendants, Plaintiff ARTHUR W. ALEXANDER, JR. suffered and sustained severe and permanent injuries.

8. As a further direct and proximate result of the negligence and/or omissions of the above-named Defendants, Plaintiff ARTHUR W. ALEXANDER, JR. has incurred medical and related expenses in the past and will continue to incur such expenses in the future.

9. As a further direct and proximate result of the negligence and/or omissions of the above-named Defendants, Plaintiff ARTHUR W. ALEXANDER, JR. has sustained an injury which has resulted in a significant permanent loss of use of a part or function of his body.

10. As a further direct and proximate result of the negligence and/or omissions of the above-named Defendants, Plaintiff ARTHUR W. ALEXANDER, JR. has sustained an injury which has resulted in a permanent disability which has subjected him to emotional and mental suffering.

11. As a further direct and proximate result of the negligence and/or omissions of the above-named Defendants, Plaintiff ARTHUR W. ALEXANDER, JR. has sustained injuries which has caused him to lose wages in the past and will continue to cause him to lose wages in the future and has damaged his earning capacity.

**COUNT 11**

12. Plaintiff realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1-11 of Count 1 as though fully set forth at this point.

13. The above-named Defendants warranted to Plaintiff ARTHUR W. ALEXANDER, JR. that the premises upon which the action arose would be safe and hazard-free when, in fact, it was unfit, unsafe and hazardous. Such condition constituted a breach of the above-named Defendant's implied and/or express warranty to provide a safe and hazard-free premise to Plaintiff ARTHUR W. ALEXANDER, JR.

14. As a direct and proximate result of the breach of warranty of the above-named Defendants, Plaintiff ARTHUR W. ALEXANDER, JR. suffered and sustained the injuries and damages as aforementioned in this Complaint.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. Special damages as shown at trial.

2. General damages as shown at trial.

3. Such other and further relief as the Court may deem just and proper including but not limited to attorney's fees, pre-judgment and post-judgment interest, and costs of Court.

DATED: Honolulu, Hawaii, January 19, 2021.

MICHAEL C. LIPPERT
Attorney for Plaintiff

| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|
| **PLAINTIFF** <br> ARTHUR W. ALEXANDER, JR. | VS. | **DEFENDANT(S)** <br> SAFEWAY, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10 |

**PLAINTIFF'S NAME & ADDRESS, TEL. NO.**

ARTHUR W. ALEXANDER, JR.
c/o MICHAEL C. LIPPERT  #3228
American Savings Bank Tower
1001 Bishop Street, Suite 2828
Honolulu, Hawaii 96813         Telephone: (808) 526-0484

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

Michael C. Lippert, Esq., 1001 Bishop Street, Suite 2828, Honolulu, Hawaii 96813

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.

A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http://www.courts.state.hi.us | Effective Date of 28-Oct-2019 <br> Signed by: /s/ Patsy Nakamoto <br> Clerk, 1st Circuit, State of Hawai'i  |
|---|---|

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (1CCT) (10/19)
Summons to Complaint   RG-AC-508 (10/19)